Gary Tsirelman, Esq. (GT3489)
Attorney for Viviane Etienne, V.E. Medical Care, P.C., Jamaica Dedicated Medical Care,
P.C., Roman Matatov, Sum Billing Corp.
Gary Tsirelman P.C.
65 Jay St. Third Floor
Brooklyn NY 11201
Tel 718 438 1200

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **Geico Insurance Compnay, et al**, | Index No.:  **CV 11 CV 4018** |
| Plaintiffs, | |
| - against - | **NOTICE OF APPEARANCE** |
| **Barry Dublin MD., et al** | |
| Defendants. | |

Please take notice that Defendants Viviane Etienne, V.E. Medical Care, P.C., Jamaica
Dedicated Medical Care, P.C., Roman Matatov, Sum Billing Corp., appear in this action
by the undersigned attorneys and requests the Clerk to note their appearance in
this case and to serve all notices and other papers in this action at 65 Jay Street
3rd Fl, Brooklyn, New York 11201.

Dated: Brooklyn, New York
         September 27, 2011

Respectfully Submitted,
          /s/
_____
Gary Tsirelman Esq.
Gary Tsirelman P.C.
65 Jay St. Third Fl.
Brooklyn NY 11201
Email: gtsirelman@gtmdjd.com