ROBERT A. SCHER (RAS 1633)
SCHER & SCHER, P.C.
55 Water Mill Lane
P.O. Box 376
Great Neck, NY 11021
(516) 482-1777

Attorneys for the defendant
BRONX MEGA CARE MEDICAL P.L.L.C.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------x
GOVERNMENT EMPLOYEES INSURANCE COMPANY,
GEICO GENERAL INSURANCE COMPANY, GEICO
INDEMNITY CO., AND GEICO CASUALTY
COMPANY,   Case No.: 11-cv-4018
                    Plaintiffs,

    -against-

BARRY DUBLIN, M.D., MICHAEL ALLEYNE, M.D.,
RICHARD BERARDI, M.D., VIVIAN ETIENNE, M.D.,
FRANK FAZIO, M.D., TATYANA GABINSKAYA, M.D.,
SERGEY GABINSKY, M.D., RAFAEL DELACRUZ
GOMEZ, M.D., COONG KWAN KIM, M.D.,
NIKOLAI LAGODUKE, M.D., LEE NAGOURNEY, M.D.,
ROMAN MATATOV, HENRY SENDYK, M.D., JASON
SHEVETZ, M.D., VICTORIA TSINBERG, M.D.,
MARAT TSIRLIN, M.D., AKO MEDICAL, P.C.,
BRONX MEGA CARE MEDICAL, P.L.L.C., DUBLIN
MEDICAL, P.C., FLATLANDS MEDICAL, P.C.,
FMF MEDICAL, P.C., JAMAICA DEDICATED MEDICAL
CARE, P.C., J & J MEDICAL, P.C., KAITH
MEDICAL, P.C., MDJ MEDICAL, P.C., MEDICAL
POLIS, P.C., METAR MEDICAL, P.C., MICHAEL
ALLEYNE MEDICAL DOCTOR, P.C., NEOMY
MEDICAL, P.C., SATURN MEDICAL, P.C.,
SEBASTIAN MEDICAL, P.C., SUM BILLING CORP.,
V.E. MEDICAL CARE, P.C., JOHN DOES 1-20
and ABC CORPS. 1-20,
                    Defendants.
-------------------------------------------------x

## NOTICE OF APPEARANCE OF ROBERT A. SCHER

    The undersigned SCHER & SCHER, P.C., hereby appears in this action on behalf of defendant, BRONX MEGA CARE MEDICAL, P.L.L.C.,

and demand that copies of all papers, notices and Orders hereafter be served upon the undersigned.

Dated:   Great Neck, NY
         September 23, 2011

>                           SCHER & SCHER, P.C.
>                           By:
>
>                           _____
>                           ROBERT A. SCHER
>                           55 Water Mill Lane, Suite 400
>                           Great Neck, NY 11021
>                           (516) 482-1777
>                           Attorneys for Defendant, BRONX
>                           MEGA CARE MEDICAL, P.L.L.C.

TO:  SHORT & BILLY, P.C.
     Attorneys for the Plaintiffs
     217 Broadway, Suite 300
     New York, NY 10007