# SHORT & BILLY, P.C.

MICHAEL BILLY, JR.
SKIP SHORT*
FRANK J. PICCININNI
PATRICE M. A. SOBERANO
IOANNA O. ZEVGARAS**

MARK PULEO
DAVID BENDIK **

*MEMBER N.Y. N.J. AND D.C. BARS
**MEMBER N.Y. AND N.J. BARS
***MEMBER N.Y. N.J. AND CT. BARS

ATTORNEYS AT LAW
217 BROADWAY SUITE 300
NEW YORK, NEW YORK   10007
Tel: (212) 732-3320   Fax: (212) 732-3326

CHRISTOPHER O'DONNELL**
HELENE JNANE**
GREGORY J. GUIDO**
MITCHELL KLEINMAN
RANDALL ROONAN ***
MARY JOY KALOGIANNIS
AMANDA A. JEHLE
PAUL NOVAK
DONNA STRUDWICK

December 1, 2011

Honorable Ramon E. Reyes, Jr.
United States District Court Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

RE:   GEICO, et al v. Dublin, et al.
      Docket No.:  CV11-4018 (ARR)(RER)
      S&B File No.:  35351

Dear Magistrate Judge Reyes:

This office represents the Plaintiffs, GEICO Insurance Company and its affiliates ["GEICO"], in the above-captioned matter. The purpose of this letter is to request an extension of time to Reply to the Counterclaim by Defendants Bronx Mega Care Medical, P.L.L.C. in the above captioned matter through and including December 30, 2011. Counsel for these Defendants has graciously consented to an extension.

Counsel for Defendants have provided a schedule of claims in the Exhibit annexed to their Answer, Cross-Claim and Counterclaim, which requires some time to be reviewed by our office and client.

This is the first such request for this extension.

Your kind consideration would be greatly appreciated.

Respectfully yours,

Gregory J. Guido, Esq.

Cc:   All attorneys via ECF